IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVIVSION

**KENNETH HENSON**                                                                 **PLAINTIFF**

v.                                         No. 3:17-cv-304-DPM

**SCOTT BENTON, Detective,**
**Crittenden County Police Department**                          **DEFENDANT**

## ORDER

**1.** Henson's mail is being returned undelivered. № 14, 15 & 16. And Benton has moved to dismiss because letters and discovery requests sent to Henson are being returned. № 17, 18 & 19. His current address on the docket is a prison in Illinois. Henson must update his address with the Clerk by 29 May 2018. If he doesn't then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** In February, Henson expected that his address might change again soon. № 12. The Court therefore directs the Clerk to send copies of this Order and Benton's motion papers to Henson's current address and to the alternate address he previously provided—P.O. Box 21, Gilmore, Arkansas, 72339. № 12.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2018