IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVIVSION

KENNETH HENSON                                                      PLAINTIFF

v.                              No. 3:17-cv-304-DPM

SCOTT BENTON, Detective,
Crittenden County Police Department                                 DEFENDANT

ORDER

1. Motion to dismiss, № 17, denied. Henson has updated his address with the Court and responded to Benton's interrogatories. № 24 & 25. If he hasn't done so already, Henson must also respond to Benton's request for production. He need not file that response with the Court, though.

2. Motion to appoint counsel, № 23, denied. Henson has ably represented himself thus far. And the facts and law aren't so complex that they warrant appointment at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2018