IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH HENSON                                                           PLAINTIFF

v.                              No. 3:17-cv-304-DPM

SCOTT BENTON, Detective,
Crittenden County Police
Department; CRITTENDEN COUNTY
PUBLIC DEFENDER; and CRITTENDEN
COUNTY SHERIFF DEPARTMENT                                             DEFENDANTS

## ORDER

Unopposed recommendation, № 34, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 31, granted. Henson's claims against Benton will be dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2019